DIXON et al. v. GOETHALS et al. (Circuit Court of Appeals, Fifth Circuit. April 17, 1915.) No. 2757. Appeal from the District Court of the United States for the Canal Zone; William H. Jackson, Judge. Suit in equity by Gideon Dixon and others against George W. Goethals and others. On appeal by complainants. Appeal dismissed. Chauncey P. Fairman, of Christobal, Canal Zone, William C. MacIntyre, of Empire, Canal Zone, and Benjamin T. Waldo, of New Orleans, La., for appellants. William K. Jackson, U. S. Atty., of Ancon, Canal Zone, for appellees. Before PARDEE and WALKER, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. The motion made to dismiss the appeal in this case is granted, more than one of the grounds stated therein being well taken. It will be added that an investigation of the record and of the law applicable to the state of facts disclosed has led the court to the conclusion that, if the action of the lower court which is complained of had been duly presented here for review, it could not properly be held to be subject to reversal at the instance of the parties complaining of it. It follows that the restraining order heretofore issued in this case is vacated and annulled, and a mandate may issue at once.

---

GARRISON et al. v. GREENLEAF JOHNSON LUMBER CO. (Circuit Court of Appeals, Fourth Circuit. September 8, 1914.) No. 1239. Cross-Appeals from the District Court of the United States for the District of Virginia, at Norfolk. Before PRITCHARD and WOODS, Circuit Judges, and DAYTON, District Judge.

PER CURIAM. Decree of District Court reversed. 215 Fed. 576, 131 C. C. A. 644. Appeal to the Supreme Court allowed.

---

In re HEINZE. (Circuit Court of Appeals, Second Circuit. March 2, 1915.) No. 221. Petition to Revise Order of the District Court of the United States for the Southern District of New York. This cause comes here upon petition to revise an order of the District Court, Southern District of New York, denying motion to quash a subpoena duces tecum served on the petitioner. Ferdinand E. M. Bullowa and W. M. Chadbourne, both of New York City (Lawrence E. Brown and Clarence S. Houghton, both of New York City, of counsel), for petitioner. Myers & Goldsmith, of New York City (Louis Marshall, John A. Garver, Emanuel J. Myers, and Gordon S. P. Kleeberg, all of New York City, of counsel), for trustee. Before LACOMBE, COXE, and ROGERS, Circuit Judges.

PER CURIAM. The objection that the original subpoena was issued by the clerk without order of the District Judge, is not applicable to this particular amended subpoena, which was revised by the District Judge himself. The description of the papers, so far from being indefinite, is exceedingly specific. The items called for are very numerous, but that apparently results from the nature of the inquiry to which they are intended to be addressed. The petitioner's lien will in no respect be disturbed by his production of these papers; all that is sought is to offer them in evidence; when marked in evidence, they are to be returned, and copies substituted in the record. The argument indicated quite clearly that many of these documents might well be material and relevant to the inquiry. Such question, viz., admissibility in evidence, always comes up separately as to each item of evidence when it is offered, and will be passed upon in the first instance by the District Court. What is now before us is the propriety of the subpoena as a whole, the case coming here on appeal from an order denying a motion to quash the subpoena. We are satisfied that the order was a proper one, and it is affirmed.